IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FREDRICK M. CHARLESTON**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:14-CV-839-L** |
| | § | |
| **OFFICER CASARIN**, | § | |
| | § | |
| Defendant. | § | |

# ORDER

This case was referred to Magistrate Judge David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 12, 2014, recommending that the action be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). No objections to the Report were filed. Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**It is so ordered** this 29th day of July, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order - Solo Page**